UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**GINGERLEE DOMINGUEZ,**

    Plaintiff,

    v.

**UNITED STATES OF AMERICA,**

    Defendant.

Case No. 6:14-cv-01683-AA

[PROPOSED] ORDER GRANTING
JOINT MOTION FOR DISMISSAL
WITH PREJUDICE

 

Having considered the parties Joint Motion for Dismissal With Prejudice, the record

contained herein, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED; and

[Proposed] Order Granting Joint Mot.    1
For Dismissal With Prejudice

2.      This action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED this 2ND day of December _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

s/ Yen Jeannette Tran
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

BILLY J. WILLIAMS
Acting United States Attorney, District of Oregon
*Of Counsel*

*Attorneys for the United States of America*